## (January 4, 1961)

■ HARVEY S. FEUERSTEIN, an Infant, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant.— Motion by appellant to extend time to perfect appeal, granted; time extended to the

February Term, commencing January 30, 1961; appeal ordered on the calendar for said term. The record and appellant's brief shall be served and filed on or before January 18, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.